

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Southeast Case Management Center
John Bishop
Vice President
2200 Century Parkway, Suite 300
Atlanta, GA 30345
Telephone: (404) 325-0101
Fax: (877) 395-1388

## AMERICAN ARBITRATION ASSOCIATION
## CHECKLIST FOR CONFLICTS

In the Matter of the Arbitration between:

Case Number: 01-16-0000-5503

Founders Real Estate Investment Trust
-vs-
Kinsale Insurance Company

DATE: March 7, 2016

To avoid the possibility of a last-minute disclosure and/or disqualification of the arbitrator(s) pursuant to the rules, we must advise the arbitrator(s) of the full and complete names of all persons, firms, companies or other entities involved in this matter. Please list below the full names of all interested parties in this case, including, but not limited to, witnesses, consultants, and attorneys. In order to avoid conflicts of interest, parties are requested to also list subsidiary and other related entities. This form will only be used as a list for conflicts, not a preliminary or final witness list. Please note that the AAA will not divulge this information to the opposing party and the parties are not required to exchange this list. This form will, however, be submitted to the arbitrator(s), together with the filing papers. You should be aware that arbitrators will need to divulge any relevant information in order to make appropriate and necessary disclosures in accordance with the applicable arbitration rules.

An online Conflicts Checklist function is available for clients using WebFile, our web-based case management tool. If you do not have a WebFile account, please contact your case manager.

| FULL NAME | AFFILIATION | ADDRESS |
|---|---|---|
| Kinsale Insurance Company | Defendant | |
| Kinsale Capital Group, Inc. ("KCGI") is the parent company of Kinsale.  KCGI and Kinsale are not publicly held corporations | | |
| Hinshaw & Culbertson LLP | | |
| Michele A. Vargas | Counsel for Kinsale Insurance | 2525 Ponce de Leon Boulevard, Suite 400 |
| Sina Bahadoran | Counsel for Kinsale Insurance | Miami, Florida 33134 |
| Founders Real Estate Investment Trust | Plaintiff | |
| Paul W. Flowers | Counsel for Founders RE Investment | Terminal Tower, Suite 1910, 50 Public Square |
| Paul W. Flowers Co., L.P.A. | | Cleveland, Ohio 44113 |

DATED: 3|7|16

PARTY: _____
Please Print